IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JERRY LEE RUSSELL                                                                         PLAINTIFF

v.                                    Case No. 2:13-CV-02096

RAY HOBBS, Director, Arkansas
Department of Corrections                                                              DEFENDANT

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 18) from Chief United States Magistrate Judge James R. Marschewski.  The Court has conducted a careful review of the findings and recommendations and of the timely objections filed by Petitioner Jerry Lee Russell.  After reviewing the record *de novo* as to Mr. Russell's objections, the Court finds the Magistrate's reasoning to be sound and further finds that Petitioner's objections offer neither law nor fact requiring departure from the Magistrates' findings.

IT IS THEREFORE ORDERED that the findings and recommendations of the Magistrate are approved and adopted as this Court's findings in their entirety.

Accordingly, IT IS FURTHER ORDERED that Mr. Russell's motion (Doc. 17) for a certificate of appealability is DENIED.

IT IS SO ORDERED this 18th day of March, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE